GOLDSMITH & HULL/File #C9918560  
A Professional Corporation  
Eric Mintz   (#207384)  
16933 Parthenia Street  
Northridge, CA 91343  
Tel.: (818) 990-6600  
Fax: (818) 990-6140  
**govdept1@goldsmithcalaw.com**

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. ACV09-08863 |
| Plaintiff, | |
| v. | DEFAULT JUDGMENT |
| DEANNE MUSOLF AKA DEANNE CROUCH | |
| Defendant. | |

In the above-entitled action the Clerk of this Court having entered a default against Defendant(s) DEANNE MUSOLF AKA DEANNE CROUCH,  on February 25, 2010 for failure to respond or appear; and a declaration on behalf of Plaintiff having been filed which satisfies the requirements of  F.R.Civ. P. 55(b),

IT IS ADJUDGED that Plaintiff, United States of America, shall have and recover from Defendant(s) DEANNE MUSOLF AKA DEANNE CROUCH, the sum of $6,236.84 principal, $6,488.81 accrued pre-judgment interest for claim number one; $9,593.53 principal, $9,958.16 accrued pre-judgment interest for claim number two; $4,355.84 principal, $3,268.44 accrued pre-judgment interest for claim number three, $0.00 penalties/administrative charges, $435.00 court cost, plus $1,811.17 attorneys fees, less credits of $0.00, for a total of $42,147.79 plus interest  from , March 10, 2010, at the rate of $1.20  per day for claim number one; the rate of $1.84  per day for claim

number two;  the rate of $0.84  per day for claim number three, to date of entry of judgment.  Judgment to accrue interest at the legal rate until paid.

DATE: 3/11/2010

TERRY NAFISI, CLERK OF THE COURT
U.S. District Court Central District of California

BY: /s/ Linda
DEPUTY CLERK

:P549F