FILED

2010 MAR 17 AM 10: 05

CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES

BY

ORIGINAL

Deanne Musolf (Full Name)
1930 Elinora Dr (Address Line 1)
Pleasant Hill, CA 94523 (Address Line 2)
925-680-2587 (Phone Number)
Defendant in Pro Per
(indicate Plaintiff or Defendant)

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| United States of America, Plaintiff, vs. Deanne Musolf, Defendant(s). | Case No.: CV09 08863-URC<br>Notice to Court<br>(title of pleading) |

I am requesting that this Court not enter default judgment. I intend to file two motions:

1. Pursuant to Rule FRCP 55

to set aside the default and

2. Pursuant to FRCP 12 to transfer venue.

I am disputing the amount owed on this debt. I contacted the plaintiff by certified mail, phone and fax within 21 business days of the service of this summons for an accounting and the plantiff ignored my responses and has refused to give me any information.

Venue is improper because I now live in

Contra Costa County and I did so when I entered into these contracts, which I signed in Alameda while attending Cal State Hayward, in Alameda County

DATED: March 15, '10

De Anne Musolf

DeAnne Musolf, Defendent

# PROOF OF SERVICE

I, Deanne Musoff (name), declare as follows. I am over the age of 18 years. My address is:

1930 Elinora Drive
Pleasant Hill, CA
94523

On March 15, '10 (date), I served the foregoing document described as:

Notice to Court

on all interested parties in this action by placing a true and correct copy thereof in a sealed envelope, with first-class postage prepaid thereon, and deposited said envelope in the United States mail in Pleasant Hill, Calif. (city, state), addressed to:

Eric Mintz (name)
Goldsmith + Hull (address)
16933 Parthenia St. (address)
Northridge, CA 91343

_______________ (name)
_______________ (address)
_______________ (address)

I declare under penalty of perjury under the laws of the states of the United States that the foregoing is true and correct.

Executed on March 15, '10 (date) at Pleasant Hill, Calif. (place of signing)

Deanne Musoff (signature)

Deanne Musoff (name)