# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 09-8863 URC | Date | March 22, 2010 |
|---|---|---|---|
| Title | United States v. Deanne Musolf | | |

| Present: The Honorable | Audrey B. Collins | |
|---|---|---|
| Angela Bridges | Not present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**       NOTICE RE: DEFAULT JUDGMENT (In Chambers)

On March 11, 2010, the Court Clerk entered default judgment in favor of the United States in the amount of $20,186.21 and awarded costs of $435.00.  On March 17, 2010, Defendant Deanne Musolf filed with the Court a request that the Court not enter default judgment because she intended to file a motion to set aside the Clerk's default and to transfer venue of this case.  Obviously, Defendant's request came too late for the Court to act on it.

However, pursuant to Federal Rules of Civil Procedure 55(c) and 60(b), Defendant may move to set aside the default judgment within a reasonable time, but not more than a year from the date the default judgment was entered.  Therefore, Defendant may still file her motion within a reasonable time. The Court strongly encourages her to file any motion as soon as possible to avoid any lateness issues.

|  | : |  |
|---|---|---|
| Initials of Preparer | | IR for AB |